**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 04-1575**

_____

ELVIS GEORGE MOYER,

                               Plaintiff - Appellant,

     versus

SMURFIT-STONE CONTAINER CORPORATION,

                               Defendant - Appellee.

_____

Appeal from the United States District Court for the Middle District of North Carolina, at Durham. William L. Osteen, District Judge. (CA-00-581)

_____

Submitted: October 1, 2004         Decided: October 26, 2004

_____

Before WILKINSON, NIEMEYER, and LUTTIG, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Elvis George Moyer, Appellant Pro Se. Fred Thurman Hamlet, Sr., Greensboro, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Elvis George Moyer appeals the district court's order awarding $3500 in attorneys fees to Defendant, the prevailing party in this Title VII action. See 42 U.S.C. § 2000e-5(k) (2000); Fed. R. Civ. P. 54(d). We conclude that the district court did not abuse its discretion, and we affirm on the reasoning of the district court. See Moyer v. Smurfit-Stone, No. CA-00-581 (M.D.N.C. Apr. 2, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

- 2 -